IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATENA COMPUTING TECHNOLOGIES, INC. | ) ) | CASE No. 3:23-mc-00048-MPS |
| Petitioner, | ) ) | |
| v. | ) ) | |
| JIM DENAUT | ) | |
| Respondent, | ) ) | |
| v. | ) ) | |
| COINMINT, LLC | ) | |
| Intervenor Defendant. | ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Steven J. Zakrzewski, as attorney for Intervenor Defendant, Coinmint LLC, in the above-captioned matter.

Dated:  August 1, 2023

    Respectfully submitted,

    INTERVENOR DEFENDANT,
    COINMINT, LLC

    By: */s/ Steven J. Zakrzewski*
        Steven J. Zakrzewski (ct28934)
        Gordon Rees Scully Mansukhani LLP
        95 Glastonbury Blvd., Ste. 206
        Glastonbury, CT 06033
        Phone: 860-494-7511
        Email: szakrkewski@grsm.com
        Its Attorney

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

*/s/ Steven J. Zakrzewski*
Steven J. Zakrzewski
