# Appendix A
# Timeline of Key Events

